# EXHIBIT A

DM_US 52958124-1.077127.0586

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,297,470

Registered Dec. 7, 1999

**TRADEMARK**
**PRINCIPAL REGISTER**



TEMPIL, INC. (DELAWARE CORPORATION)
2901 HAMILTON BLVD.
SOUTH PLAINFIELD, NJ 07080

FOR: CRAYON HOLDER SOLD AS A UNIT WITH TEMPERATURE INDICATING CRAYONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-31-1962; IN COMMERCE 10-31-1962.

THE LINING IN THE DRAWING IS FOR SHADING PURPOSES ONLY.

THE MARK CONSISTS OF THE TUBULAR HOLDER AS SHOWN IN SOLID LINES

SEC. 2(F).

SER. NO. 75-428,906, FILED 2-4-1998.

KIMBERLY KREHELY, EXAMINING ATTORNEY