# EXHIBIT B

DM_US 52958124-1.077127.0586



DM_US 52958124-1.077127.0586