# EXHIBIT C

DM_US 52958124-1.077127.0586

